UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| COURTNEY SWINK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-446 |
| ) | |
| AMERICAN FAMILY RV, INC., et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW FOR JOSHUA ERLICH, DAVIA CRAUMER, AND KATHERINE HERRMANN

Joshua Erlich, Esq., Davia Craumer, Esq., and Katherine Herrmann, Esq., being members of this Court, and herein referred to collectively as "The Erlich Law Office" or "Counsel", respectfully move for leave to withdraw as counsel to Courtney Swink, for the foregoing reasons:

1. For good cause; specifically:

    a. Between the filing of the Amended Complaint and the filing of this Motion, there has been a fundamental change in the attorney-client relationship; these irreconcilable differences make continued representation untenable;

    b. Counsel arranged for a waiver of service on Defendants;

    c. Counsel negotiated an extension of time to for Defendants' responsive pleading to the Amended Complaint to allow Ms. Swink sufficient time to find new counsel;

    d. In the time between December 2, 2019 and the date of this filing, counsel unsuccessfully attempted to reconcile with Ms. Swink;

e. Plaintiff is not prejudiced by The Erlich Law Office's withdrawal as the next deadline is Defendants' responsive pleading to the Amended Complaint on January 27, 2020;

f. Plaintiff has time to find new counsel to prosecute her claims before any additional deadlines arise;

g. Counsel contacted Plaintiff to determine if she consents to the relief sought by Counsel and she has not provided an answer as to whether she consents or opposes this relief.

WHEREFORE, for the reasons set forth herein, the movants respectfully request that the Court grant this Motion for Leave to Withdraw as Counsel.

Dated: December 20, 2019

Respectfully submitted,

_____/s/_____
Joshua Erlich, VA Bar No. 81298
Davia Craumer, VA Bar No. 87426
Katherine Herrmann, VA Bar No. 83203
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd., Ste. 700
Arlington, VA  22201
Tel:    (703) 791-9087
Fax:    (703) 722-8114
Email: jerlich@erlichlawoffice.com
          dcraumer@erlichlawoffice.com
          kherrmann@erlichlawoffice.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, a true copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to the following:

David C. Burton, VA Bar No. 33178
Williams Mullen
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Tel: (757) 499-8800
Fax: (757) 473-0395
Email: dburton@williamsmullen.com

A copy of this filing has also been sent by mail and email to Courtney Swink, the plaintiff, at: 704 Gloria Drive, Chesapeake, VA 23322 and courtneyswink19@gmail.com.

                                                            /s/
Joshua Erlich, VA Bar No. 81298
The Erlich Law Office, PLLC
2111 Wilson Blvd.
Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 351-9292
Email: dcraumer@erlichlawoffice.com

*Counsel for Plaintiff*