IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| COURTNEY SWINK, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 2:19-cv-446 |
| AMERICAN FAMILY RV, INC. | ) ) ) |
| and | ) ) ) |
| LAYNE ROWLAND | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW FOR
JOSHUA ERLICH, DAVIA CRAUMER, AND KATHERINE HERRMANN**

Defendants American Family RV, Inc. and Layne Rowland, by counsel, in response to the Motion for Leave to Withdraw for Joshua Erlich, Davia Craumer, and Katherine Herrmann state that they have no objection to the motion.

                                                      Respectfully submitted,
                                                      AMERICAN FAMILY RV, INC
                                                      and LAYNE ROWLAND

By:    / s / *David C. Burton*
             David C. Burton
             Virginia State Bar No. 33178
             Counsel for Defendants
             WILLIAMS MULLEN
             222 Central Park Avenue, Suite 1700
             Virginia Beach, VA 23462
             Telephone: (757) 499-8800
             Facsimile: (757) 473-0395
             dburton@williamsmullen.com

Alexandra M. Gabriel
Virginia State Bar No. 89185
Counsel for Defendants

WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Telephone: (757) 499-8800
Facsimile: (757) 473-0395
agabriel@williamsmullen.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

                    Joshua Erlich
                    The Erlich Law Office, PLLC
                    211 Wilson Boulevard, Suite 700
                    Arlington, VA 22201
                    Email: jerlich@erlichlawoffice.com

              By:    / s / *David C. Burton*
                        David C. Burton
                        Virginia State Bar No. 33178
                        Counsel for Defendants
                        WILLIAMS MULLEN
                        222 Central Park Avenue, Suite 1700
                        Virginia Beach, VA 23462
                        Telephone: (757) 499-8800
                        Facsimile: (757) 473-0395
                        dburton@williamsmullen.com