# *UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF VIRGINIA*
### NORFOLK DIVISION

Friday, January 31, 2020

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: Susan Cherry                    Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 2:45 p.m. |
|---|---|---|

| 2:19cv446 | Courtney Swink<br>v. American Family RV, Inc., et al |
|---|---|

Joshua Erlich present with plaintiff Courtney Swink.

David Burton present on behalf of defendants.

Matter came on for hearing on the Motion to Withdraw (ECF no. 11).

Comments of court, counsel, and Ms. Swink heard.

The court made findings on the record and granted the motion.

Additionally, the court stayed all deadlines in the case for 30 days.

Court to issue and Order.