FILED
JAN 31 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**COURTNEY SWINK,**

    **Plaintiff,**

v.                                          Case No. 2:19cv446

**AMERICAN FAMILY RV, INC, et al.**

    **Defendants.**

## ORDER

This matter comes before the court on counsel for the Plaintiff's Motion to Withdraw ("Motion"), filed on December 20, 2019. ECF No. 11. The Defendants filed a Response on December 26, 2019, in which they indicated they had no objection to the Motion. ECF No. 12. The Plaintiff, Ms. Courtney Swink, did not respond to the Motion.

The court held a hearing on the Motion on January 31, 2020. Ms. Swink attended the hearing. For the reasons stated from the bench, the court exercises its discretion and **GRANTS** the Motion, finding that the reasons for withdrawal meet the requirements of Rule 1.16(b) of the Virginia Rules of Professional Conduct.

The court **STAYS** all deadlines in this matter for thirty (30) days, so that Ms. Swink may retain new counsel or decide to represent herself pro se.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the parties and Ms. Swink.[1]

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 31, 2020

---

[1] At the hearing, Ms. Swink confirmed her correct address for service is the address listed on the Certificate of Service for the Motion to Withdraw. See ECF No. 11 at 3.