# Civil Minutes

Time Set: 09:30 a.m.
Start Time: 09:31 a.m.
End Time: 10:01 a.m.

| | | |
|---|---|---|
| Courtney Swink | Civil Case Number: | 2:19cv446 |
| ( x ) Plaintiff  ( ) Government | Date: | September 28, 2020 |
| vs. | Presiding Judge: | Douglas E. Miller |
| American Family RV, Inc., et al. | Court Reporter | Carol Naughton |
| | Courtroom Deputy: | J. Jones |
| Defendant(s). | | |

| | |
|---|---|
| Proceedings: | The matter came before the Court for a motion hearing via Zoom on Defendants' Motion to Compel (ECF No. 19). |
| | Plaintiff Courtney Swink present, Pro Se. David Burton present for Defendants. |
| | Argument by David Burton and Ms. Swink heard. |
| | Comments and questions by the Court. |
| | The Court made rulings on the record. The Court GRANTED Defendants' Motion to Compel (ECF No. 19) and directed Plaintiff to file her responses by October 8, 2020. Defendants' are to file a short memorandum outlining how fees were incurred and brief argument on the matter of fees by October 8, 2020. Plaintiff is to respond to Defendants' memorandum regarding fees by October 19, 2020. The Court advised it would rule on the issue of fees after briefing had been completed and advised Plaintiff of possible sanctions for failing to comply. |
| | The Court is to issue a short Order with respect to Defendants' Motion to Compel. |
| | Zoom hearing adjourned. |